FILED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:25 CR 364 |
| v. | ) | Title 18, United States Code, |
| TAYJHON BAUGH, | ) | Sections 922(o) and 924(a)(2); |
| | ) | Title 26, United States Code, |
| Defendant. | ) | Sections 5841, 5861(d) and 5871 |

JUDGE OLIVER

COUNT 1
(Possession of Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about February 1, 2025, in the Northern District of Ohio, Eastern Division, Defendant TAYJHON BAUGH knowingly possessed a machinegun, to wit: a Glock, model 19X, 9x19mm caliber firearm, bearing serial number BURV973 with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 2
(Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871)

The Grand Jury further charges:

2. On or about February 1, 2025, in the Northern District of Ohio, Eastern Division, Defendant TAYJHON BAUGH knowingly received and possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(6), to wit: a Glock, model 19X, 9x19mm caliber firearm, bearing serial number BURV973 with a machinegun conversion device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 26, United States Code Sections 5872, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TAYJHON BAUGH shall forfeit to the United States all firearms involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.